UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JORDAN THEODORE, | CASE NO. 5:15-CV-00698 |
| Plaintiff, | JUDGE JAMES S. GWIN |
| v. | |
| BRIDGESTONE AMERICAS, INC., ET AL., | **DEFENDANTS' NOTICE OF SATISFACTION OF JUDGMENT** |
| Defendants. | |

Defendants Bridgestone Americas, Inc., Bridgestone Americas Tire Operations, LLC, and Paul Geoffrey Hobe (collectively, "Defendants"), by and through undersigned counsel, hereby give notice of the full and complete satisfaction of this Court's Order to Enter Judgment of October 5, 2015 and Judgment of November 16, 2015, in the amount of Forty Thousand Dollars ($40,000.00).

Defendants hand delivered two checks to counsel for Plaintiff Jordan Theodore on October 7, 2015. The first check, in the amount of $20,000, represented payment for non-wage damages. The second check, in the net amount of $12,320 ($20,000 minus applicable federal, state, and local tax withholdings), represented payment for back wages. Plaintiff's counsel signed a receipt of the checks but reserved all rights and objections regarding satisfaction of judgment, a copy of which is attached as Exhibit A. Defendants deem this payment to satisfy the judgment in its entirety for full and final Satisfaction of Judgment.

1

Respectfully submitted,

*s/Ellen Toth*
Ellen Toth (0056176)
Russell Rendall (0089901)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
127 Public Square
Key Tower, Suite 4100
Cleveland, OH 44114
216.241.6100 – Telephone
216.357.4633 – Facsimile
ellen.toth@ogletreedeakins.com
russell.rendall@ogletreedeakins.com

*Attorneys for Defendants Bridgestone Americas, Inc., Bridgestone Americas Tire Operations, LLC and Paul Geoffrey Hobe*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of November 2015, a copy of the foregoing Defendants' Notice of Satisfaction of Judgment was filed with the Court, through the Court's Electronic Filing System.

*s/Ellen Toth*
One of the Attorneys for Defendants

23003365.1